## **CONSENT TO SUE**

By my signature below, I hereby authorize the filing and prosecution of claims in my name a[nd] on my behalf to contest the failure of MaMaTaco, and its owners and associates, to pay me, *in[ter] alia*, overtime wages as required under state and/or federal law and also authorize the filing of t[his] consent in the lawsuit challenging such conduct, and consent to being named as a representati[ve] plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects [of] this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Lev[in-]Epstein & Associates, P.C., and I agree to be bound by its terms.

[ wkeppgyI qp| cfg|YWtgpc

_____
Yuliannet Gonzalez Urena

Dated: 05/17/24