USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNETTE COLON *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                    Plaintiff,

          -against-

MAMA TACO, LLC, AMK BROOKLYN INC., KEVIN BURCH, MICHAEL CIRON, NATANAEL VALERIO, and ROSE RODRIGUEZ,

                    Defendants.

---

1:24-cv-5821 (MKV)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

---

MARY KAY VYSKOCIL, United States District Judge:

The Court directs counsel for all parties to appear at an Initial Pretrial Conference on **November 13, 2024, at 10:30 AM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

In advance of the Initial Pretrial Conference, and within 14 days of this Order, counsel must meet face-to-face for at least one hour to discuss the possibility of settlement.

Counsel are directed to commence discovery, including but not limited to the exchange of initial disclosures, as set forth in Federal Rule of Civil Procedure 26.

Counsel are further directed to submit a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. The documents should be filed on ECF and sent to this Court via email (in both PDF and Microsoft Word formats) one week prior to the conference date. The status letter may not exceed 6 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2.  A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue.  Statements shall include citations to relevant statutes.  In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3.  A statement of procedural posture, including

   a.  A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the conference;

   b.  A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

   c.  A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4.  Any other information the parties believe may assist the Court in resolving the action.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

Failure to comply with the Court's orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

SO ORDERED.

Date:  October 2, 2024
       New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**