```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNETTE COLON *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                Plaintiff,

-against-

MAMA TACO, LLC, AMK BROOKLYN INC., KEVIN BURCH, MICHAEL CIRON, NATANAEL VALERIO, and ROSE RODRIGUEZ,

                Defendants.

1:24-cv-5821 (MKV)

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

      The Court issued a Civil Case Management Plan which scheduled a Post-Discovery Conference in this matter for March 19, 2025 at 11:30 AM. [ECF No. 28]. The Civil Case Management Plan also directed the parties to submit, one week before the conference, a joint letter. *Id.* As of the date of this Order, no joint letter has been filed.

      Accordingly, IT IS HEREBY ORDERED that on or before March 20, 2025, parties shall show cause, in writing, why parties have failed to comply with the Court's deadlines. IT IS FURTHER ORDERED that the Post-Discovery Conference scheduled for March 19, 2025 is ADJOURNED to April 15, 2025 at 11:30 AM.

      **Continued failure to comply with the Court's orders, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Date:  **March 13, 2025**
       **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**