```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNETTE COLON, *et ano*,

                Plaintiffs,

-v-

MAMA TACO, LLC, *et al.*,

                Defendants.

**ORDER**

24-CV-5821 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated May 5, 2025, this case was referred to the assigned magistrate judge for settlement. ECF No. 41.

A conference is scheduled on **May 20, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 559 654 599#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 6, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1