USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

Lynnette Colon, and Yuliannet Gonzalez Urena, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                    *Plaintiffs*,

              *- against -*

Mama Taco, LLC, AMK Brooklyn Inc., Kevin Burch, Michael Ciron, Natanael Valerio, and Rose Rodriguez,

                                   *Defendants*.

-----------------------------------------------------------------X

Case No.: 1:24-cv-05821-MKV

~~PROPOSED~~ **JUDGMENT**

      On May 7, 2025, Plaintiffs Mama Taco, LLC, AMK Brooklyn Inc., Kevin Burch, Michael Ciron, Natanael Valerio, and Rose Rodriguez (the "Plaintiffs") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiffs have judgment against Defendants Mama Taco, LLC, AMK Brooklyn Inc., Kevin Burch, Michael Ciron, Natanael Valerio, and Rose Rodriguez (the "Defendants") in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiffs asserted or could have asserted in this Action, including but not limited to, any claims Plaintiffs may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: __May 7__, 2025

SO ORDERED

_Mary Kay Vyskocil_